# ATTACHMENT 1

**PLACEHOLDER FOR HSD**

Paper Document Maintained in the Clerk's Office Vault/Secure Room